| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Smith, Ortrie D. | 2. Court or Organization<br><br>U.S.D.C. MO, Western District | 3. Date of Report<br><br>03/27/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>District Court Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Room 8552 U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | YMCA of the Rockies |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D. | 03/27/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D. | 03/27/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D. | 03/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Microsoft Corp - Com Stk | A | Dividend | K | T | | | | | |
| 2. Oracle Corp | A | Dividend | K | T | | | | | |
| 3. Garmin Ltd. | B | Dividend | K | T | Sold (part) | 07/27/12 | J | D | |
| 4. Ishares MSCI | A | Dividend | | | Sold | 03/27/12 | K | C | |
| 5. Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 6. Cerner Corp. | | None | K | T | | | | | |
| 7. Berkshire Hathaway, CL B | | None | K | T | | | | | |
| 8. Ishares DJ US Energy Sector Index Fund | A | Dividend | | | Sold | 06/20/12 | J | C | |
| 9. Powershares QQQ Trust Series 1 | A | Dividend | K | T | | | | | |
| 10. McDonalds Corp. | A | Dividend | K | T | | | | | |
| 11. Southern Co. | B | Dividend | K | T | | | | | |
| 12. Highwood Properties, Inc. | A | Dividend | J | T | | | | | |
| 13. Invesco Mtg Capital, Inc. | B | Dividend | J | T | | | | | |
| 14. Duke Energy Holding | B | Dividend | K | T | | | | | |
| 15. Merck & Company, Inc. | B | Dividend | K | T | | | | | |
| 16. PPL Corporation | B | Dividend | K | T | | | | | |
| 17. Sunoco Logistics Ptnrs, LP | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D. | 03/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BSW Living Trust 2/1/94 | D | Int./Div. | N | T | | | | | |
| 19. -KCMO Spl Oblig Rfdg Rev Downtown Arena | | | | | | | | | |
| 20. -PSI Energy, Inc., Deb. | | | | | | | | | |
| 21. -TVA Strips Step Up | | | | | Redeemed | 04/16/12 | J | A | |
| 22. -TVA Power Bond 1995 Series B | | | | | | | | | |
| 23. -FHLM Corp Multiclass Mtg Ser | | | | | | | | | |
| 24. -FHLM Corp Multiclass Mtg Ser | | | | | Redeemed (part) | 01/15/12 | J | A | |
| 25. | | | | | Redeemed (part) | 07/16/12 | J | A | |
| 26. | | | | | Redeemed (part) | 08/15/12 | J | A | |
| 27. -FNMA Remic Pass Thru Ctfs LL | | | | | Redeemed (part) | 10/18/12 | J | A | |
| 28. -FHLM Corp Multiclass Mtg Ser | | | | | Redeemed | 08/15/12 | J | A | |
| 29. -GNM Assn Ser | | | | | | | | | |
| 30. -FNMA Remic Pass Thru Ctfs | | | | | Redeemed (part) | 01/25/12 | J | A | |
| 31. | | | | | Redeemed (part) | 02/27/12 | J | A | |
| 32. -FNMA Remic Pass Thru Ctfs | | | | | Redeemed (part) | 05/25/12 | J | A | |
| 33. -FHLM Corp Multiclass Mtg Ser | | | | | | | | | |
| 34. -Insured Municipal Income Trust Ser | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D. | 03/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Invesco Global 45 Dividend Ser No | | | | | | | | | |
| 36. -Missouri Insured Municipal Inc Tr Ser No | | | | | Redeemed | 09/11/12 | J | A | |
| 37. -Missouri Insured Municipal Inc Tr Ser No | | | | | Redeemed | 09/11/12 | J | A | |
| 38. -Missouri Insured Municipal Inc Tr Ser No | | | | | Redeemed | 09/11/12 | J | A | |
| 39. -Missouri Insured Municipal Inc Tr Ser No | | | | | Redeemed | 09/11/12 | J | A | |
| 40. -Wal-Mart Stores Inc | | | | | | | | | |
| 41. -Capital Income Builder Fund CL A | | | | | Sold (part) | 03/01/12 | J | C | |
| 42. | | | | | Sold (part) | 08/01/12 | K | D | |
| 43. -Franklin MO Tax-Free Inc Fund CL A | | | | | | | | | |
| 44. -Ferrellgas Partners LP | | | | | | | | | |
| 45. -Chevron Corp | B | Dividend | K | T | Buy | 07/23/12 | K | | |
| 46. -CocaCola Co | B | Dividend | K | T | Buy | 07/23/12 | K | | |
| 47. -Invesco Global 4S Div. Ser No | A | Dividend | J | T | Buy | 04/05/12 | J | | |
| 48. -Conoco Phillips | B | Dividend | K | T | Buy | 07/23/12 | K | | |
| 49. -DTE Energy | A | Dividend | K | T | Buy | 08/01/12 | J | | |
| 50. -GlaxoSmithKline | A | Dividend | K | T | Buy | 08/01/12 | J | | |
| 51. -Merck & Co | A | Dividend | K | T | Buy | 07/23/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D. | 03/27/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Microsoft Corp | A | Dividend | J | T | Buy | 07/23/12 | J | | |
| 53. -PIMCO Total Ret Fund CL A | B | Dividend | K | T | Buy | 04/16/12 | K | | |
| 54. BSW-Power of Attorney 3/29/11 | C | Dividend | M | T | | | | | |
| 55. -Invesco New World Leaders #7 | A | Dividend | J | T | Buy | 11/21/12 | J | | |
| 56. -Invesco New World Leaders #5 | A | Dividend | K | T | Buy | 03/19/12 | K | | |
| 57. -Capital Income Builders Fund A | B | Dividend | K | T | Buy | 03/19/12 | K | | |
| 58. -Invesco Diversified Div. Fund A | B | Dividend | K | T | Buy | 03/19/12 | K | | |
| 59. -Ivy High Income Fund CL A | A | Dividend | K | T | Buy | 03/19/12 | K | | |
| 60. -PIMCO Total Return Fund CL A | B | Dividend | K | T | Buy | 03/19/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D. | 03/27/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, 54: The filer began acting for the benefit of BSW under the terms of a Power of Attorney dated 3/29/11. Prior to 3/19/12, BSW managed these assets unassisted by filer.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Ortrie D. Smith**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544